IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

TYCO HEALTHCARE GROUP LP
and UNITED STATES SURGICAL
CORPORATION,

Plaintiffs and Counterclaim-
Defendants,

Civil Action No. 3:10 cv 0060 (JBA)

v.

ETHICON ENDO-SURGERY, INC.,

Defendant and Counterclaim-Plaintiff.

# JOINT TIMELINE

| Presiding Judge: HON. JANET BOND ARTERTON | Plaintiff's Attorney(s): DLA PIPER | Defendant's Attorney(s): AKIN GUMP STRAUSS HAUER & FELD PATTERSON BELKNAP WEBB & TYLER |
|---|---|---|
| Trial Date: July 9, 2012 | Court Reporter: SHARON MONTINI | Courtroom Deputy: BETTY TORDAY |

**1993**
UltraCision introduces LCS-10

**Jan. 27, 1993**
Application for Davison '055 Patent

**Nov. 1995**
Ethicon purchases UltraCision with 5mm prototype

**Apr. 29, 1996**
Dr. Gallagher performs test (porcine) of UltraCision Prototype

**May 17, 1996**
UltraCision Prototype drawing

**July – Aug. 1996**
Further tests (porcine) by Dr. Gallagher and Dr. McKellar using UltraCision Prototype

1

**Sept. 1996**
Test (porcine) by Dr. Amaral using UltraCision Prototype

**Nov. 22, 1996**
Ethicon Prototype drawing

**Dec. 1996**
Ethicon prototype cuts animal (porcine) tissue and wet chamois (sheepskin)

**Jan. 8, 1997**
Earliest alleged Tyco conception

**Feb. 6, 1997**
Dr. Amaral performs goat hysterectomy with Ethicon Prototype (videotaped)

**Mar. 10, 1997**
Earliest alleged Tyco reduction to practice

**May – July 1997**
Ethicon continues animal testing (porcine and goat)

**May 1997**
Tyco files for FDA approval

**July 1997**
Tyco receives FDA approval and introduces AutoSonix

**July 10, 1997**
UT 5.5 presentation

**July 15, 1997**
Ethicon decides to have brainstorming session July 17 to address potentially adding larger blade

**July 17, 1997**
Ethicon holds a brainstorming session to get ideas for clamp arm redesign to accommodate larger blade

**July 21, 1997**
Ethicon memo titled "LCS5 (UT5.5) Project Update"

**July 29, 1997**
Ethicon still considering clamp arm designs

**July 31, 1997**
Ethicon tests two-piece experimental .085" LCS-B5 blade

**Aug. – Dec. 1997**
Ethicon continues testing (porcine and goat) with .085" blade

2

**Aug 14, 1997**
Tyco files patent applications leading to the asserted '050, '286, and '544 patents

**Aug 19, 1997**
Ethicon creates four-pin prototypes

**Aug. 22, 1997**
Ethicon moves forward with four-pin design

Ethicon begins testing with four-pin prototypes

Ethicon tests model shop version of new clamp arm with oversized gussets

**Aug 26, 1997**
UT5.5 Weekly Report indicates Bishop is prototyping new gusset clamp arm drive mechanism and Tsonton is analyzing two clamp arm designs

**Oct. 10, 1997**
Ethicon files applications for '510 and '873 patents

**Dec. 1997**
Ethicon performs goat hysterectomy for FDA submission

**Jan. 9, 1998**
Ethicon files for FDA approval

**Jan 27, 1998**
Wet Lab/In-Vivo Evaluation Summary spreadsheet (summarizing animal labs between April 1997 and December 1997)

**Mar. 2, 1998**
UT5.5 Historical Summary document

**Apr. 9, 1998**
FDA clears Ethicon LCS-5 for use

**June 1998**
LCS-5 performs human surgery

**Aug. 1998**
Ethicon commercially launches LCS-B5 and LCS-K5 (blunt and knife blade)

**Oct. 1998**
Tyco acquires ValleyLab and LigaSure line

**1998-1999**
President's Quality Award Submission

3

**2000**
Tyco introduces AutoSonix trigger switch

**Feb. 2000**
Ethicon introduces LCS-C5 (curved blade)

**Aug. 2001**
Tyco introduces LigaSure Atlas

**Oct. 2002**
Tyco's '286 patent issues

**Oct. /Nov. 2002**
Ethicon becomes aware of the '286 patent

**Late 2002**
Ethicon determines that in response to the patents-in-suit it should either seek to acquire a license from Tyco, obtain an opinion of outside counsel of invalidity and/or non-infringement, or design around the rotation claims in the patents-in-suit.

**First or Second Quarter 2003**
Ethicon discusses Tyco patent issues with litigation counsel

**Mar. 2003**
Ethicon approaches Tyco to seek a license

**July 2003**
Tyco responds to Ethicon's inquiry by proposing cross-licensing framework

**Aug. 6, 2003**
Ethicon completes market research regarding redesigning products to avoid Tyco patented rotation feature

**Sept. 2003**
Ethicon counsel mistakenly issues product clearance memo for LCS-C5L product; product is not launched at that time

**Dec. 2003**
Tyco introduces LigaSure V

**Jan. 2004**
Tyco informs Ethicon that it is tabling license negotiations over ultrasonic patents

**Feb. 2004**
Tyco terminates license negotiations

Ethicon seeks out opinions of outside counsel

**Apr. 1, 2004**
Beginning of damages period

**June 2004**
Ethicon obtains written validity opinions and oral non-infringement opinions from outside counsel addressing the '050, '286 and '544 patents

**June & July 2004**
Ethicon introduces LCS-C5L, LCS-C5HA, and LCS-C1HA

**Oct. 2004**
Tyco files patent infringement action against Ethicon alleging infringement, including infringement of the '050, '286, and '544 patents

**Mar. 2005**
Ethicon introduces Harmonic ACE line

**Oct. 2006**
Ethicon introduces Harmonic WAVE

**Oct. 8, 2007**
Court issues Ruling On Motions For Summary Judgment

**May 2008**
Ethicon introduces Harmonic ACE-E

**Oct. 2008**
Ethicon acquires SurgRx and EnSeal line

**Dec. 2008**
Tyco acquires Sonicision line

**2009**
Tyco introduces New LigaSure 5

**Jan. 14, 2010**
Tyco files patent infringement action against Ethicon re-alleging infringement of previously accused products and asserting infringement of new Wave and ACE products

**Feb. 4, 2011**
Ethicon enters into stipulation that Court's summary judgment ruling is applicable to newly accused ACE products

**Sept. 23, 2011**
Court issues ruling denying Ethicon's motion for summary judgment of no willful infringement

NOTE: When only the year of an event is available, the event is listed before events that have an associated month. The timeline therefore may not represent the exact sequence of events.